# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JASON GAZA,

        Plaintiff,

                            Case No. 8:13-cv-2598-RAL-TGW

v.

THE LAW OFFICES OF MITCHELL D.
BLUHM & ASSOCIATES, LLC,

        Defendants.
_____/

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

    COMES now plaintiff, Jason Gaza, and defendant, The Law Offices of Mitchell D. Bluhm & Associates, LLC (MBA), by and through their undersigned counsel, in the above-titled action and represent to the Court that this matter, regarding plaintiff's claims against MBA, has been settled amicably, and request entry of a Final Order of Dismissal with Prejudice in this matter, with each party to bear its own costs and attorneys' fees except as provided in the parties' Settlement Agreement and Release of Liability.

    Dated this 11th day of June 2014.

| | |
|---|---|
| /s/ W. John Gadd | /s/ Dayle M. Van Hoose |
| W. John Gadd, Esq. | Dayle M. Van Hoose, Esq. |
| FL Bar Number 0463061 | Florida Bar No. 0016277 |
| Bank of America Building | Sessions, Fishman, Nathan & Israel, L.L.C. |
| 2727 Ulmerton Road | 3350 Buschwood Park Drive, Suite 195 |
| Clearwater, FL 33762 | Tampa, FL 33618 |
| Telephone: (727)524-6300 | Telephone: (813) 890-2463 |
| wjg@mazgadd.com | Facsimile: (866) 466-3140 |
| Attorney for Plaintiff | dvanhoose@sessions-law.biz |
| | Attorneys for Defendant, |
| | The Law Offices of Mitchell D. Bluhm & Associates, LLC |